# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-15260-TAB |
| | § | |
| LINDSAY CORPORATION | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 12/18/2013, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/26/2013        By:  /s/ David P. Leibowitz
                                                                                      Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-15260-TAB |
| | § | |
| LINDSAY CORPORATION | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $71,360.91
*and approved disbursements of*     $1,351.94
*leaving a balance on hand of[1]:*     $70,008.97

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $70,008.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $6,818.05 | $0.00 | $6,818.05 |
| David P. Leibowitz, Trustee Expenses | $32.94 | $0.00 | $32.94 |
| Lakelaw, Attorney for Trustee Fees | $7,090.00 | $0.00 | $7,090.00 |
| Lakelaw, Attorney for Trustee Expenses | $30.65 | $0.00 | $30.65 |

Total to be paid for chapter 7 administrative expenses:     $13,971.64
Remaining balance:     $56,037.33

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $56,037.33 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $56,037.33 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $321,330.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Fernando Figueredo & Fernando Figueredo | $160,665.00 | $0.00 | $0.00 |
| 2 | United Promotions, Inc. | $160,665.00 | $0.00 | $56,037.33 |

| | Total to be paid to timely general unsecured claims: | $56,037.33 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
       Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Lindsay Corporation  
    Debtor

Case No. 12-15260-TAB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: cgreen     Page 1 of 1     Date Rcvd: Nov 27, 2013  
                  Form ID: pdf006     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2013.
```
db            +Lindsay Corporation,    310 S. Michigan,    Apt. 2013,    Chicago, IL 60604-4222
18776389      +Catherine Lindsay,    310 S. Michigan,    Chicago, IL 60604-4207
19086551      +Fernando Figueredo,    c/o William Choslovsky,    Neal, Gerber & Eisenberg LLP,
                Two North LaSalle Street, Suite 1700,    Chicago, IL 60602-4000
18776386      +Lindsay Corporation,    310 S Michigan Ave,    Suite 2013,    Chicago, IL 60604-4222
18776391      +Oliver Chemical,    2908 Spring Grove Ave.,    Cincinnati, OH 45225-2154
18776387      +The Law Offices of Bradley H Foreman P,    120 S State Street Suite 535,    Chicago, IL 60603-5509
18776392       United Promotions Inc.,    2020 Powers Ferry Rd.,    Suite 136,    Atlanta, GA 30339
19086587      +United Promotions, Inc.,    c/o William Choslovsky,    Neal, Gerber & Eisenberg LLP,
                Two North LaSalle Street, Suite 1700,    Chicago, IL 60602-4000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19141259       E-mail/Text: cio.bncmail@irs.gov Nov 28 2013 02:09:15     Department of the Treasury,
                Internal Revenue Service,    PO Box 7346,    Philadelphia PA 19101-7346
                                                                                             TOTAL: 1
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18776388     ##+Andres Gacharna And Catherine Lindsay,    310 S. Michigan,    Apt. 2013,    Chicago, IL 60604-4222
18776390     ##+Darcy L. Jones,    Kasowitz, Benson, Torres & Friedman LLP,
                1360 Peachtree Street, N.E. Suite 1150,    Atlanta, GA 30309-3286
                                                                                     TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2013                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2013 at the address(es) listed below:
```
              Bradley H Foreman    on behalf of Debtor    Lindsay Corporation Brad@BradleyForeman.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Plaintiff    David P. Leibowitz dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Kevin G Schneider    on behalf of Creditor Fernando  Figueredo kschneider@ngelaw.com,
               ecfdocket@ngelaw.com;mmirkovic@ngelaw.com
              Kevin G Schneider    on behalf of Creditor    United Promotions, Inc. kschneider@ngelaw.com,
               ecfdocket@ngelaw.com;mmirkovic@ngelaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              William J. Choslovsky    on behalf of Creditor    United Promotions, Inc. wchoslovsky@ngelaw.com,
               ecfdocket@ngelaw.com
              William J. Choslovsky    on behalf of Creditor Fernando  Figueredo wchoslovsky@ngelaw.com,
               ecfdocket@ngelaw.com
                                                                                             TOTAL: 9
```