**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-21277-CAD |
| | § | |
| NICK D STAMATAKOS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $39,450.00 | Assets Exempt: | $33,400.00 |
| Total Distributions to Claimants: | $66,303.26 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $19,696.74 | | |

3) Total gross receipts of $86,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $86,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $320,848.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $19,696.74 | $19,696.74 | $19,696.74 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $20,000.00 | $14,023.35 | $14,023.35 | $14,023.35 |
| General Unsecured Claims (from **Exhibit 7**) | $236,250.42 | $725,127.29 | $303,454.81 | $52,279.91 |
| **Total Disbursements** | $577,098.42 | $758,847.38 | $337,174.90 | $86,000.00 |

4). This case was originally filed under chapter 7 on 05/24/2012. The case was pending for 24 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/19/2014            By:   /s/ David P. Leibowitz
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1329 E. Michele Drive, Palatine, IL -- Single family residence (purchased in 1994 for $189,000.00) | 1110-000 | $86,000.00 |
| **TOTAL GROSS RECEIPTS** | | $86,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 7130 W 79th Street LLC | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ally Financial | 4110-000 | $17,436.00 | $0.00 | $0.00 | $0.00 |
| | CitiBank | 4110-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
| | Citimortgage Inc | 4110-000 | $13,412.00 | $0.00 | $0.00 | $0.00 |
| | George Tavoularis | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | J.D.J. Resaurant, Inc. | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | J.D.J. Restaurant, Inc | 4110-000 | $90,000.00 | $0.00 | $0.00 | $0.00 |
| | J.D.J. Restaurant, Inc. | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Surplus Properties, Inc. | 4110-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $320,848.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $7,550.00 | $7,550.00 | $7,550.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $8.40 | $8.40 | $8.40 |
| Green Bank | 2600-000 | NA | $277.32 | $277.32 | $277.32 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $11,847.50 | $11,847.50 | $11,847.50 |
| Lakelaw, Attorney for | 3120-000 | NA | $13.52 | $13.52 | $13.52 |

| | | | | |
|---|---|---|---|---|
| Trustee | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $19,696.74 | $19,696.74 | $19,696.74 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | $0.00 | $13,635.12 | $13,635.12 | $13,635.12 |
| 9 | Illinois Department of Employment Security | 5800-000 | $0.00 | $388.23 | $388.23 | $388.23 |
| 14 | Illinois Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Carol Stamatakos | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Surplus Properties, Inc. | 5800-000 | $20,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $20,000.00 | $14,023.35 | $14,023.35 | $14,023.35 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Commerce Bank | 7100-900 | $12,377.00 | $13,316.41 | $13,316.41 | $2,294.17 |
| 3 | Muzak LLC | 7100-000 | $184.95 | $308.25 | $308.25 | $53.11 |
| 4 | Elan Financial Services as servicer for Bank Financial | 7100-900 | $9,771.18 | $10,171.81 | $10,171.81 | $1,752.42 |
| 5 | FIA CARD SERVICES, N.A./Bank of America NA | 7100-900 | $5,961.00 | $5,961.30 | $5,961.30 | $1,027.03 |
| 6 | Michele Baking Company | 7100-000 | $1,300.00 | $1,275.10 | $1,275.10 | $219.68 |
| 7 | Capital One Bank (USA), N.A. | 7100-900 | $7,143.00 | $7,335.17 | $7,335.17 | $1,263.72 |
| 8 | American Express Bank, FSB | 7100-900 | $9,779.09 | $10,291.42 | $10,291.42 | $1,773.03 |
| 10 | PYOD, LLC its successors and assigns as assignee of | 7100-900 | $23,237.00 | $25,000.56 | $25,000.56 | $4,307.16 |

|     |                                                              |          |              |              |              |             |
| --- | ------------------------------------------------------------ | -------- | ------------ | ------------ | ------------ | ----------- |
|     | Citibank                                                     |          |              |              |              |             |
| 11  | PYOD, LLC its successors and assigns as assignee of Citibank | 7100-900 | $4,244.00    | $7,982.72    | $7,982.72    | $1,375.28   |
| 12  | Demetre Stamatakos                                           | 7100-000 | $110,000.00  | $110,000.00  | $110,000.00  | $18,951.06  |
| 13  | 7130 W. 79th Street, LLC                                     | 7100-000 | $0.00        | $321,392.77  | $0.00        | $0.00       |
| 13-2| 7130 W. 79th Street, LLC                                     | 7100-000 | $0.00        | $111,812.07  | $111,812.07  | $19,263.25  |
| 15  | CitiBank, NA                                                 | 7200-000 | $0.00        | $100,279.71  | $0.00        | $0.00       |
|     | All Precise Mike's HVAC/Refrigerati                          | 7100-000 | $854.00      | $0.00        | $0.00        | $0.00       |
|     | AND Exterminators                                            | 7100-000 | $234.00      | $0.00        | $0.00        | $0.00       |
|     | ASCAP                                                        | 7100-000 | $277.95      | $0.00        | $0.00        | $0.00       |
|     | AT&T                                                         | 7100-000 | $702.61      | $0.00        | $0.00        | $0.00       |
|     | Automated Cleaning Services                                  | 7100-000 | $50.00       | $0.00        | $0.00        | $0.00       |
|     | Chase                                                        | 7100-000 | $9,226.00    | $0.00        | $0.00        | $0.00       |
|     | Chicagoland Pest Services, Inc                               | 7100-000 | $470.00      | $0.00        | $0.00        | $0.00       |
|     | Comcast                                                      | 7100-000 | $233.04      | $0.00        | $0.00        | $0.00       |
|     | ComEd                                                        | 7100-000 | $1,934.34    | $0.00        | $0.00        | $0.00       |
|     | D & S Meats, Inc                                             | 7100-000 | $699.48      | $0.00        | $0.00        | $0.00       |
|     | DeLarosa                                                     | 7100-000 | $0.00        | $0.00        | $0.00        | $0.00       |
|     | DirecTV, Inc                                                 | 7100-000 | $654.96      | $0.00        | $0.00        | $0.00       |
|     | Greco & Sons                                                 | 7100-000 | $14,109.89   | $0.00        | $0.00        | $0.00       |
|     | Land & Lakes Disposal                                        | 7100-000 | $325.28      | $0.00        | $0.00        | $0.00       |
|     | Mahoney Environmental                                        | 7100-000 | $135.00      | $0.00        | $0.00        | $0.00       |
|     | Performance Chemical & Supply, Inc.                          | 7100-000 | $273.95      | $0.00        | $0.00        | $0.00       |
|     | Protection Plus Security Systems                             | 7100-000 | $270.00      | $0.00        | $0.00        | $0.00       |
|     | South Stickney Sanitary District                             | 7100-000 | $216.50      | $0.00        | $0.00        | $0.00       |
|     | Swanel, Inc.                                                 | 7100-000 | $827.07      | $0.00        | $0.00        | $0.00       |
|     | Sysco Foods Services                                         | 7100-000 | $3,080.60    | $0.00        | $0.00        | $0.00       |
|     | US Foodservice                                               | 7100-000 | $1,734.95    | $0.00        | $0.00        | $0.00       |
|     | US Foodservice                                               | 7100-000 | $0.00        | $0.00        | $0.00        | $0.00       |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Wassup Xtra Magazine | 7100-000 | $2,464.75 | $0.00 | $0.00 | $0.00 |
| Wfnnb/Rmpl | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wolkin Law Group | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Zepole Supply | 7100-000 | $1,101.83 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $223,873.42 | $725,127.29 | $303,454.81 | $52,279.91 |

Case 12-15260    Doc 38    Filed 06/05/14    Entered 06/05/14 14:02:57    Desc Main
              Document      Page 6 of 11

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 12-21277-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | STAMATAKOS, NICK D | Date Filed (f) or Converted (c): | 05/24/2012 (f) |
| For the Period Ending: | 5/19/2014 | §341(a) Meeting Date: | 07/30/2012 |
| | | Claims Bar Date: | 08/27/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1329 E. Michele Drive, Palatine, IL -- Single family residence (purchased in 1994 for $189,000.00) | $248,800.00 | $120,388.00 | | $86,000.00 | FA |
| 2 | Cash | $50.00 | $0.00 | | $0.00 | FA |
| 3 | Money in checking account at Charter One Bank. | $700.00 | $0.00 | | $0.00 | FA |
| 4 | Business checking account at Bank Financial. Balance less than $100.00 (value included in ownership of N & G Pizza). | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Household goods | $2,000.00 | $0.00 | | $0.00 | FA |
| 6 | Books & Pictures | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Clothing | $2,000.00 | $0.00 | | $0.00 | FA |
| 8 | Whole life policy with State Farm Policy $100,000.00 order pursuant to Divorce Decree | $8,000.00 | $0.00 | | $0.00 | FA |
| 9 | 100% ownership interest in N & G Pizza Pub, Inc (an Illinois corporation fromed 11/11/2009 and closed on 4/14/2012) | $20,000.00 | $0.00 | | $0.00 | FA |
| 10 | Current year's federal & state income tax refund | $500.00 | $14.00 | | $0.00 | FA |
| 11 | Possible lawsuit against Village of Burbank/Police Department | $0.00 | $0.00 | | $0.00 | FA |
| 12 | 2010 GMC Terrain | $18,000.00 | $0.00 | | $0.00 | FA |
| 13 | 2000 Mercedes C230 | $2,000.00 | $0.00 | | $0.00 | FA |
| 14 | 1998 Ford Winstar | $200.00 | $0.00 | | $0.00 | FA |
| 15 | Stolen trailer (siezed by Burbank Police, to be sold at auction) | $3,500.00 | $3,500.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     $306,250.00     $123,902.00     **Gross Value of Remaining Assets**     $86,000.00     $0.00

**Major Activities affecting case closing:**

| 10/17/2013 | Evidentiary hearing 10/22/2013 |
| 06/20/2013 | Review of claims. |
| | Motion to value claim No. 13 to be filed. |
| | Objection to Claim No. 12 filed. |
| 01/09/2013 | Lois West working on final tax return |
| 07/20/2012 | Review Claims and Prepare TFR |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 2

Exhibit 8

| Case No.: | 12-21277-CAD | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | STAMATAKOS, NICK D | Date Filed (f) or Converted (c): | 05/24/2012 (f) |
| For the Period Ending: | 5/19/2014 | §341(a) Meeting Date: | 07/30/2012 |
| | | Claims Bar Date: | 08/27/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | | |
| --- | --- | --- |
| **Initial Projected Date Of Final Report (TFR):** | 06/30/2013 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 06/30/2013 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

Exhibit 9

| Case No. | 12-21277-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | STAMATAKOS, NICK D | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1957 | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/24/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/19/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/30/2012 | (1) | Demetre Stamatakos | Purchase of equity for Debtor's home | 1110-000 | $86,000.00 | | $86,000.00 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.47 | $85,995.53 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $152.20 | $85,843.33 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $120.65 | $85,722.68 |
| 12/12/2013 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $7,550.00 | $78,172.68 |
| 12/12/2013 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $8.40 | $78,164.28 |
| 12/12/2013 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 11,847.50; Amount Allowed: 11,847.50; Distribution Dividend: 100.00; | 3110-000 | | $11,847.50 | $66,316.78 |
| 12/12/2013 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 13.52; Amount Allowed: 13.52; Distribution Dividend: 100.00; | 3120-000 | | $13.52 | $66,303.26 |
| 12/12/2013 | 3005 | Internal Revenue Service | Claim #: 1; Amount Claimed: 13,635.12; Amount Allowed: 13,635.12; Distribution Dividend: 100.00; | 5800-000 | | $13,635.12 | $52,668.14 |
| 12/12/2013 | 3006 | Illinois Department of Employment Security | Claim #: 9; Amount Claimed: 388.23; Amount Allowed: 388.23; Distribution Dividend: 100.00; | 5800-000 | | $388.23 | $52,279.91 |
| 12/12/2013 | 3007 | Muzak LLC | Claim #: 3; Amount Claimed: 308.25; Amount Allowed: 308.25; Distribution Dividend: 17.23; | 7100-000 | | $53.11 | $52,226.80 |
| 12/12/2013 | 3008 | Michele Baking Company | Claim #: 6; Amount Claimed: 1,275.10; Amount Allowed: 1,275.10; Distribution Dividend: 17.23; | 7100-000 | | $219.68 | $52,007.12 |
| 12/12/2013 | 3009 | Demetre Stamatakos | Claim #: 12; Amount Claimed: 110,000.00; Amount Allowed: 110,000.00; Distribution Dividend: 17.23; | 7100-000 | | $18,951.06 | $33,056.06 |
| 12/12/2013 | 3010 | 7130 W. 79th Street, LLC | Claim #: 13; Amount Claimed: 111,812.07; Amount Allowed: 111,812.07; Distribution Dividend: 17.23; | 7100-000 | | $19,263.25 | $13,792.81 |
| 12/12/2013 | 3011 | Capital One Bank (USA), N.A. | Claim #: 7; Amount Claimed: 7,335.17; Amount Allowed: 7,335.17; Distribution Dividend: 17.23; | 7100-900 | | $1,263.72 | $12,529.09 |
| 12/12/2013 | 3012 | American Express Bank, FSB | Claim #: 8; Amount Claimed: 10,291.42; Amount Allowed: 10,291.42; Distribution Dividend: 17.23; | 7100-900 | | $1,773.03 | $10,756.06 |
| 12/12/2013 | 3013 | PYOD, LLC its successors and assigns as assignee of | Claim #: 10; Amount Claimed: 25,000.56; Amount Allowed: 25,000.56; Distribution Dividend: 17.23; | 7100-900 | | $4,307.16 | $6,448.90 |
| 12/12/2013 | 3014 | PYOD, LLC its successors and assigns as assignee of | Claim #: 11; Amount Claimed: 7,982.72; Amount Allowed: 7,982.72; Distribution Dividend: 17.23; | 7100-900 | | $1,375.28 | $5,073.62 |

**SUBTOTALS** $86,000.00  $80,926.38

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 12-21277-CAD | Trustee Name: David Leibowitz |
| Case Name: | STAMATAKOS, NICK D | Bank Name: Green Bank |
| Primary Taxpayer ID #: | **-***1957 | Checking Acct #: ******7701 |
| Co-Debtor Taxpayer ID #: | | Account Title: |
| For Period Beginning: | 5/24/2012 | Blanket bond (per case limit): $5,000,000.00 |
| For Period Ending: | 5/19/2014 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/12/2013 | 3015 | Elan Financial Services as servicer for Bank Financial | Claim #: 4; Amount Claimed: 10,171.81; Amount Allowed: 10,171.81; Distribution Dividend: 17.23; | 7100-900 | | $1,752.42 | $3,321.20 |
| 12/12/2013 | 3016 | FIA CARD SERVICES, N.A./Bank of America NA | Claim #: 5; Amount Claimed: 5,961.30; Amount Allowed: 5,961.30; Distribution Dividend: 17.23; | 7100-900 | | $1,027.03 | $2,294.17 |
| 12/12/2013 | 3017 | Commerce Bank | Claim #: 2; Amount Claimed: 13,316.41; Amount Allowed: 13,316.41; Distribution Dividend: 17.23; | 7100-900 | | $2,294.17 | $0.00 |
| 01/13/2014 | 3010 | STOP PAYMENT: 7130 W. 79th Street, LLC | Claim #: 13; Amount Claimed: 111,812.07; Amount Allowed: 111,812.07; Distribution Dividend: 17.23; | 7100-004 | | ($19,263.25) | $19,263.25 |
| 01/13/2014 | 3018 | 7130 W. 79th Street, LLC | Claim #: 13; Amount Claimed: 111,812.07; Amount Allowed: 111,812.07; Distribution Dividend: 17.23; | 7100-000 | | $19,263.25 | $0.00 |
| | | | **TOTALS:** | | $86,000.00 | $86,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $86,000.00 | $86,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $86,000.00 | $86,000.00 | |

| For the period of 5/24/2012 to 5/19/2014 | | For the entire history of the account between 07/30/2012 to 5/19/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $86,000.00 | Total Compensable Receipts: | $86,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $86,000.00 | Total Comp/Non Comp Receipts: | $86,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $86,000.00 | Total Compensable Disbursements: | $86,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $86,000.00 | Total Comp/Non Comp Disbursements: | $86,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-21277-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | STAMATAKOS, NICK D | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1957 | | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/24/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/19/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $86,000.00 | $86,000.00 | $0.00 |

| For the period of 5/24/2012 to 5/19/2014 | | For the entire history of the case between 05/24/2012 to 5/19/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $86,000.00 | Total Compensable Receipts: | $86,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $86,000.00 | Total Comp/Non Comp Receipts: | $86,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $86,000.00 | Total Compensable Disbursements: | $86,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $86,000.00 | Total Comp/Non Comp Disbursements: | $86,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ