**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-15260-TAB |
| | § | |
| LINDSAY CORPORATION | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $3,408.75 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $56,037.33 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $15,323.58 | | |

3) Total gross receipts of $71,360.91 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $71,360.91 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $15,323.58 | $15,323.58 | $15,323.58 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $311,100.00 | $321,330.00 | $321,330.00 | $56,037.33 |
| **Total Disbursements** | $311,100.00 | $336,653.58 | $336,653.58 | $71,360.91 |

4). This case was originally filed under chapter 7 on 04/14/2012. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/19/2014         By:   /s/ David P. Leibowitz
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2003 BMW 325i with 78,500 miles | 1129-000 | $7,500.00 |
| Checking account at Bank of America | 1129-000 | $63,860.91 |
| **TOTAL GROSS RECEIPTS** | | **$71,360.91** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $6,818.05 | $6,818.05 | $6,818.05 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $32.94 | $32.94 | $32.94 |
| International Sureties, Ltd | 2300-000 | NA | $12.09 | $12.09 | $12.09 |
| Green Bank | 2600-000 | NA | $1,339.85 | $1,339.85 | $1,339.85 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $7,090.00 | $7,090.00 | $7,090.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $30.65 | $30.65 | $30.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $15,323.58 | $15,323.58 | $15,323.58 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fernando Figueredo & | 7100-000 | $0.00 | $160,665.00 | $160,665.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|   | | | | | | |
|---|---|---|---|---|---|---|
|   | Fernando Figueredo | | | | | |
| 2 | United Promotions, Inc. | 7100-000 | $109,500.00 | $160,665.00 | $160,665.00 | $56,037.33 |
|   | Andres Gacharna And Catherine Lindsay | 7100-000 | $200,000.00 | $0.00 | $0.00 | $0.00 |
|   | Oliver Chemical | 7100-000 | $1,600.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $311,100.00 | $321,330.00 | $321,330.00 | $56,037.33 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 12-15260-TAB | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | LINDSAY CORPORATION | | **Date Filed (f) or Converted (c):** | 04/14/2012 (f) |
| **For the Period Ending:** | 5/19/2014 | | **§341(a) Meeting Date:** | 06/19/2012 |
| | | | **Claims Bar Date:** | 07/19/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Checking account at Bank of America | $66,000.00 | $0.00 | | $63,860.91 | FA |
| 2  Receivable from Aneqsa (in El Salvador) ANEQSA S.A. de C.V. N/A Calle El Mirador # 4040 entre 77 y 79 Av Norte, Col. Escalon San Salvador EL SALVADOR Tel: 503-2536-0700 | $3,258.75 | $3,258.75 | | $0.00 | FA |
| 3  2 Trademarks (1) Biofact and (2) Ecocide | $0.00 | $0.00 | | $0.00 | FA |
| 4  Customer list | $0.00 | $0.00 | | $0.00 | FA |
| 5  2003 BMW 325i with 78,500 miles | $8,000.00 | $8,000.00 | | $7,500.00 | FA |
| 6  2 laptop computers, 1 desk. | $150.00 | $150.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$77,408.75    $11,408.75      $71,360.91    $0.00

**Major Activities affecting case closing:**

06/25/2013    Final report to be prepared.
01/23/2013    Special counsel investigating for potential assets.

**Initial Projected Date Of Final Report (TFR):**    12/31/2013      /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**    11/18/2013      DAVID LEIBOWITZ

Page No: 1
Case 12-15260  Doc 39  Filed 06/05/14  Entered 06/05/14 15:08:51  Desc Main
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document   Page 6 of 8
Exhibit 9

| Case No. | 12-15260-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LINDSAY CORPORATION | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8048 | Checking Acct #: | ******6001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/14/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/19/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/12/2012 | (5) | W.O.C. Inc | Payment Re 2003 BMW | 1129-000 | $7,500.00 | | $7,500.00 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.02 | $7,492.98 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $11.70 | $7,481.28 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $13.24 | $7,468.04 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $10.49 | $7,457.55 |
| 10/12/2012 | (1) | Bank of America | Turnover of Funds | 1129-000 | $63,860.91 | | $71,318.46 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $68.54 | $71,249.92 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $118.68 | $71,131.24 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $107.37 | $71,023.87 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $114.61 | $70,909.26 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $103.35 | $70,805.91 |
| 03/08/2013 | 3001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $12.09 | $70,793.82 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $114.25 | $70,679.57 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $110.37 | $70,569.20 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $121.22 | $70,447.98 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $102.68 | $70,345.30 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $113.51 | $70,231.79 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $120.64 | $70,111.15 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $102.18 | $70,008.97 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $112.97 | $69,896.00 |
| 12/02/2013 | | Green Bank | Reverse Bank Fee | 2600-000 | | ($112.97) | $70,008.97 |
| 12/18/2013 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $6,818.05 | $63,190.92 |
| 12/18/2013 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $32.94 | $63,157.98 |
| 12/18/2013 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 7,090.00; Amount Allowed: 7,090.00; Distribution Dividend: 100.00; | 3110-000 | | $7,090.00 | $56,067.98 |
| 12/18/2013 | 3005 | Lakelaw | Claim #: ; Amount Claimed: 30.65; Amount Allowed: 30.65; Distribution Dividend: 100.00; | 3120-000 | | $30.65 | $56,037.33 |
| 12/18/2013 | 3006 | United Promotions, Inc. | Claim #: 2; Amount Claimed: 160,665.00; Amount Allowed: 160,665.00; Distribution Dividend: 34.88; | 7100-000 | | $56,037.33 | $0.00 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $102.77 | ($102.77) |
| 01/02/2014 | | Green Bank | Reverse Bank Fee | 2600-000 | | ($102.77) | $0.00 |

| | | | | SUBTOTALS | $71,360.91 | $71,360.91 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-15260-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LINDSAY CORPORATION | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8048 | Checking Acct #: | ******6001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/14/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/19/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $71,360.91 | $71,360.91 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $71,360.91 | $71,360.91 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $71,360.91 | $71,360.91 | |

| **For the period of 4/14/2012 to 5/19/2014** | | **For the entire history of the account between 06/12/2012 to 5/19/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $71,360.91 | Total Compensable Receipts: | $71,360.91 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $71,360.91 | Total Comp/Non Comp Receipts: | $71,360.91 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $71,360.91 | Total Compensable Disbursements: | $71,360.91 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $71,360.91 | Total Comp/Non Comp Disbursements: | $71,360.91 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Case 12-15260    Doc 39    Filed 06/05/14    Entered 06/05/14 15:08:51    Desc Main
Document      Page 8 of 8

| | | |
|---|---|---|
| **Case No.** | 12-15260-TAB | |
| **Case Name:** | LINDSAY CORPORATION | |
| **Primary Taxpayer ID #:** | **-***8048 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 4/14/2012 | |
| **For Period Ending:** | 5/19/2014 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Bank Name:** | Green Bank | |
| **Checking Acct #:** | ******6001 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $71,360.91 | $71,360.91 | $0.00 |

| For the period of 4/14/2012 to 5/19/2014 | | For the entire history of the case between 04/14/2012 to 5/19/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $71,360.91 | Total Compensable Receipts: | $71,360.91 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $71,360.91 | Total Comp/Non Comp Receipts: | $71,360.91 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $71,360.91 | Total Compensable Disbursements: | $71,360.91 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $71,360.91 | Total Comp/Non Comp Disbursements: | $71,360.91 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ